UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ARTURO HERNANDEZ, JR., *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:17-CV-083 |
| | § | |
| MMR CONSTRUCTORS, INC, *et al*, | § | |
| | § | |
| Defendants. | § | |

# **ORDER**

Before the Court is Plaintiff's Agreed Motion to Extend Plaintiff's Submission Deadline (D.E. 56). The Court, too, is fond of the holidays and, because of the Corpus Christi Division's judicial vacancy, has no choice but to work between Christmas and New Year's Day. As the maxim "misery loves company" is not a judicial doctrine, the Court GRANTS the motion (D.E. 56), ORDERS that the deadline for Plaintiff's response to Defendant's Motion for Partial Summary Judgment (D.E. 55) is extended to January 15, 2019, and GRANTS LEAVE to the parties to enjoy the season.

ORDERED this 21st day of December, 2018.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE

1 / 1